# United States District Court
# For The Western District of North Carolina
# Asheville Division

Thomas E Gust ,

    Plaintiff(s),     JUDGMENT IN A CIVIL CASE

vs.     1:11-cv-00133

US Airways, et al

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/27/11 Order.

Signed: December 27, 2011

Frank G. Johns, Clerk
United States District Court